IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    *Petitioner*,

v.                                            Case No.: 1:25cv111-MW/ZCB

STATE ATTORNEY'S OFFICE,
et al.,

    *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The 28 U.S.C. § 2241 habeas petition, ECF No. 2, is **DISMISSED without prejudice** as duplicative and based on *Younger* abstention." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on June 5, 2025.**

                                                      s/Mark E. Walker           
                                                      **Chief United States District Judge**